UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV21-00293 JAK (RAOx) | Date | June 14, 2021 |
| Title | Scholz Recycling GmbH, et al. v. Zhou Yizhou, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amman Khan<br>Chaya Weinberg-Brodt<br>Kimberly Pallen<br>Jovana Crncevic | Heather Auyang<br>Prashanth Chennakesavan |

**Proceedings:** **PLAINTIFFS' MOTION TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA (DKT. 38)**

The hearing is held via Zoom Webinar. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiffs' Motion to Remand to the Superior Court of the State of California (the "Motion" (Dkt. 38)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 36 |
|---|---|---|
| Initials of Preparer | TJ | |